# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER PATTERSON, | Case No. 1:13-cv-01521-SKO PC |
| Plaintiff, | ORDER GRANTING REQUEST FOR RELIEF FROM RESPONDING TO COMPLAINT PENDING SCREENING AND FOR THIRTY-DAY EXTENSION OF TIME, TO COMMENCE UPON ISSUANCE OF A SCREENING ORDER DIRECTING A RESPONSE |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |
| | (Doc. 3) |

Plaintiff Vester Patterson, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 31, 2013, in Kings County Superior Court. Plaintiff seeks relief for the violation of his federal constitutional rights, which are redressable under 42 U.S.C. § 1983, and for violation of 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000). Defendant Diaz filed a notice of removal on September 19, 2013.

Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2). Defendant seeks a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

///
///
///

Defendant Diaz's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of a screening order directing a response.

IT IS SO ORDERED.

Dated:   **September 20, 2013**                    **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE