# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER PATTERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-01521-SKO PC<br><br>ORDER GRANTING REQUEST FOR RELIEF FROM RESPONDING TO COMPLAINT PENDING SCREENING AND FOR THIRTY-DAY EXTENSION OF TIME, TO COMMENCE UPON ISSUANCE OF A SCREENING ORDER DIRECTING A RESPONSE<br><br>(Doc. 3) |

　　　　Plaintiff Vester Patterson, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 31, 2013, in Kings County Superior Court. Plaintiff seeks relief for the violation of his federal constitutional rights, which are redressable under 42 U.S.C. § 1983, and for violation of 42 U.S.C. § 2000cc-1 (the Religious Land Use and Institutionalized Persons Act of 2000). Defendant Diaz filed a notice of removal on September 19, 2013.

　　　　Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c)(2). Defendant seeks a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order.

///
///
///

Defendant Diaz's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of a screening order directing a response.

IT IS SO ORDERED.

Dated:   **September 20, 2013**              /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE