# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER PATTERSON,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CATE, et al.,<br><br>Defendants.<br>_____/ | Case No. 1:13-cv-01521-LJO-SKO PC<br><br>ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AS MOOT<br><br>(Doc. 23) |

On January 15, 2014, Plaintiff filed a motion seeking leave to proceed in forma pauperis on appeal. Plaintiff's appeal was dismissed by the appellate court on January 14, 2014, for lack of jurisdiction, and accordingly, his motion for leave to proceed in forma pauperis on appeal is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **January 16, 2014**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE