# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER PATTERSON, | Case No. 1:13-cv-01521-LJO-SKO (PC) |
| Plaintiff, | ORDER DISREGARDING OBJECTION |
| v. | (Doc. 27) |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff Vester Patterson, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 31, 2013, in Kings County Superior Court, and the case was removed by Defendant R. Diaz on September 19, 2013. 28 U.S.C. § 1441(a).

On May 21, 2014, Plaintiff filed an objection to the screening order filed on May 9, 2014. 28 U.S.C. § 1915A. There is no provision for an "objection" to the order at issue. *See* Local Rules 230(j), 303(c), 304(b). Further, if construed as a motion for reconsideration, the filing is in direct contravention of the order filed on January 15, 2014.[1]

///

///

///

---

[1] Plaintiff's motion to remand was denied November 26, 2013, and Plaintiff's subsequent motion for reconsideration was denied on January 15, 2014, with prejudice. (Docs. 15, 18.) Plaintiff's objection does not relate to the substance of the screening order but is instead an attack on the Court's subject matter jurisdiction over this suit. (Doc. 27.) That issue has been considered and resolved.

Accordingly, Plaintiff's objection is HEREBY ORDERED DISREGARDED.

IT IS SO ORDERED.

Dated:  **May 22, 2014**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

2