1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8
9

EASTERN DISTRICT OF CALIFORNIA

10   VESTER PATTERSON,                          Case No.  1:13-cv-01521-LJO-SKO (PC)

11            Plaintiff,                        ORDER DENYING MOTIONS, WITH
                                                PREJUDICE
12        v.
                                                (Docs. 29 and 30)
13   MATTHEW CATE, et al.,

14            Defendants.
     _____/
15

16        Plaintiff Vester Patterson, a state prisoner proceeding pro se, filed this civil rights action

17   pursuant to 42 U.S.C. § 1983 on May 31, 2013, in Kings County Superior Court, and the case was

18   removed by Defendant R. Diaz on September 19, 2013.  28 U.S.C. § 1441(a).

19        On May 29, 2014, Plaintiff filed a "motion to vacate order" and a "motion to rescind and

20   stay order."  (Docs. 29, 30.)  Plaintiff's motions are denied, with prejudice, for the reasons which

21   follow.

22        Plaintiff's "motion to vacate" is another attempt to obtain relief from the order denying his

23   motion for remand, filed on November 26, 2013.  (Doc. 30.)  This issue has been addressed and

24   resolved.  (Docs. 15, 22, 28.)  Plaintiff's motion for remand was denied and his subsequent motion

25   for reconsideration was denied, with prejudice.  Plaintiff's disagreement with those rulings is not

26   grounds for reconsideration, *U.S. v. Westlands Water Dist.*, 134 F.Supp.2d 1111, 1131 (E.D. Cal.

27   2001), and his present motion is devoid of legitimate grounds for relief under either Federal Rule

28   of Civil Procedure 60(b)(3) or 60(b)(6).  Accordingly, Plaintiff's present motion is denied, with

1  prejudice, as it lacks *any* arguable basis either in law or in fact.  *See Neitzke v. Williams*, 490 U.S.

2  319, 325, 109 S.Ct. 1827 (1989) (addressing frivolous complaints).

3       Plaintiff's motion for relief from the screening order is also denied.  (Doc. 29.)  The Court

4  already addressed Plaintiff's unmeritorious "objection" to the screening order, rendering moot

5  Plaintiff's argument that he screening order should be stayed pending resolution of his objection,

6  and Plaintiff's argument that the Court lacks subject matter jurisdiction was considered and

7  rejected.

8       Therefore, based on the foregoing, Plaintiff's motions are HEREBY DENIED, with

9  prejudice.  **Any further filings by Plaintiff regarding the subject matter jurisdiction and/or**

10 **the rulings made by the Court with respect to Plaintiff's motion to remand and for**

11 **reconsideration will be summarily stricken from the record and Plaintiff will be ordered to**

12 **show cause why sanctions should not be imposed.**  Fed. R. Civ. P. 11(c)(3); *Roadway Express,*

13 *Inc. v. Piper*, 447 U.S. 752, 767, 100 S.Ct. 2455 (1980); *Gomez v. Vernon*, 255 F.3d 1118, 1134

14 (9th Cir. 2001); *Fink v. Gomez*, 239 F.3d 989, 993-94 (9th Cir. 2001).

IT IS SO ORDERED.

15

16    Dated:   **May 30, 2014**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28